UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   LISA JANE GULLATT                            CASE NO. 20-10563
   5564 BOULDIN ROAD                         JUDGE BENJAMIN A. KAHN
   ELON, NC  27244

       DEBTOR

SSN(1) XXX-XX-9013                               DATE: 02/17/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE NA<br>BY AMERICAN INFORSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $319.62<br>INT:  .00%<br>NAME ID: 180320<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 5535<br>COMMENT:  WALMART |
| CASWELL COUNTY TAX<br>P O BOX 204<br>YANCEYVILLE, NC  27379 | $0.00<br>INT:  .00%<br>NAME ID: 7715<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CONN APPLIANCES INC<br>ATTN OFFICER<br>2445 TECHNOLOGY FOREST BLVD STE 800<br>THE WOODLANDS, TX  77381 | $0.00<br>INT:  .00%<br>NAME ID: 182628<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DELL FINANCIAL SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10390<br>GREENVILLE, SC  29603-0390 | $2,514.69<br>INT:  .00%<br>NAME ID: 65286<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 1911<br>COMMENT: |
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID: 38570<br>CLAIM #: 0026 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9013<br>COMMENT: |
| LAYLA GULLATT<br>5564 BOULDIN RD<br>ELON, NC  27244 | $0.00<br>INT:  .00%<br>NAME ID: 182629<br>CLAIM #: 0025 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $1,100.60<br>INT:  .00%<br>NAME ID: 177774<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 6141<br>COMMENT:  ROAMANS |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION | |
|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $235.97<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0011 | | (U) UNSECURED<br><br>ACCT: 2950<br>COMMENT:  ZALES | |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 9013<br>COMMENT: | |
| NC DIVISION OF EMPLOYMENT SECURITY<br>P O BOX 25903<br>RALEIGH, NC  27611-5903 | $0.00<br>INT: .00%<br>NAME ID: 162954<br>CLAIM #: 0027 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $241.44<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0018 | | (U) UNSECURED<br><br>ACCT: 0429<br>COMMENT:  QCARD | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $673.26<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0019 | | (U) UNSECURED<br><br>ACCT: 7534<br>COMMENT:  DISCOUNT TIRE | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $523.44<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0021 | | (U) UNSECURED<br><br>ACCT: 3390<br>COMMENT:  CARE CREDIT | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,286.04<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0023 | | (U) UNSECURED<br><br>ACCT: 4294<br>COMMENT:  NETWORKS | |
| PREMIER FEDERAL CREDIT UNION<br>ATTN OFFICER<br>1400 YANCEYVILLE ST<br>GREENSBORO, NC  27405 | $4,980.91<br>INT: 5.25%<br>NAME ID: 170753<br>CLAIM #: 0004 | | (V) VEHICLE-SECURED<br><br>ACCT: 9013<br>COMMENT:  13HYUN | |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $982.89<br>INT: .00%<br>NAME ID: 142764<br>CLAIM #: 0010 | | (U) UNSECURED<br><br>ACCT: 0036<br>COMMENT:  OVERSTOCK | |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $202.78<br>INT: .00%<br>NAME ID: 142435<br>CLAIM #: 0012 | | (U) UNSECURED<br><br>ACCT: 5731<br>COMMENT: | |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $873.21<br>INT: .00%<br>NAME ID: 142435<br>CLAIM #: 0013 | | (U) UNSECURED<br><br>ACCT: 3481<br>COMMENT:  WAYFAIR | |
| STONEBERRY<br>% CREDITORS BANKRUPTCY SERVICES<br>P O BOX 800849<br>DALLAS, TX  75380 | $1,235.04<br>INT: .00%<br>NAME ID: 151969<br>CLAIM #: 0017 | | (U) UNSECURED<br><br>ACCT: 4C2G<br>COMMENT: | |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---:|---|---|
| SYNCHRONY BANK<br>ATTN BANKRUPTCY DEPT<br>P O BOX 965060<br>ORLANDO, FL  32896-5060 | $0.00<br>INT: .00%<br>NAME ID: 171620<br>CLAIM #:  0020 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 4294<br>COMMENT:  SYNCHRONY HOME |
| SYNCHRONY BANK<br>ATTN BANKRUPTCY DEPT<br>P O BOX 965060<br>ORLANDO, FL  32896-5060 | $0.00<br>INT: .00%<br>NAME ID: 171620<br>CLAIM #:  0022 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 4732<br>COMMENT:  CARE CREDIT |
| TEA OLIVE LLC<br>P O BOX 1931<br>BURLINGAME, CA  94011 | $470.87<br>INT: .00%<br>NAME ID: 178223<br>CLAIM #:  0016 | | (U) UNSECURED<br><br>ACCT: 6655<br>COMMENT: |
| TIME INVESTMENT CORPORATION<br>DBA TIME FINANCING SERVICE<br>P O BOX 398<br>MOUNT OLIVE, NC  28365 | $741.59<br>INT: .00%<br>NAME ID: 175253<br>CLAIM #:  0024 | | (U) UNSECURED<br><br>ACCT: 1182<br>COMMENT: |
| W S BADCOCK CORP<br>ATTN MANAGING AGENT<br>P O BOX 232<br>MULBERRY, FL  33860 | $0.00<br>INT: .00%<br>NAME ID: 55427<br>CLAIM #:  0005 | | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| W S BADCOCK CORPORATION<br>P O BOX 724<br>MULBERRY, FL  33860 | $800.00<br>INT: 5.25%<br>NAME ID: 151523<br>CLAIM #:  0006 | | (S) SECURED<br><br>ACCT: 7827<br>COMMENT:  OC,PP |
| W S BADCOCK CORPORATION<br>P O BOX 724<br>MULBERRY, FL  33860 | $1,287.27<br>INT: .00%<br>NAME ID: 151523<br>CLAIM #:  0007 | | (U) UNSECURED<br><br>ACCT: 7827<br>COMMENT:  SPLIT |
| **TOTAL:** | **$18,469.62** | | |
| TOMMY S BLALOCK III ESQ<br>BLALOCK LAW OFFICES PA<br>620 GREEN VALLEY RD STE 209<br>GREENSBORO, NC  27408 | $1,180.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

    The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

    Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

    If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.


Date:  02/17/2021　　　　　　　　　　　　　　　　　　OFFICE OF THE CHAPTER 13 TRUSTEE

                                                                                                        By: /s/  Gayle McFarland
                                                                                                         Clerk
                                                                                                         Chapter 13 Office
                                                                                                         500 W FRIENDLY AVE STE 200
                                                                                                         P O BOX 1720
                                                                                                         GREENSBORO, NC  27402-1720

cc: Debtor
     Attorney for Debtor - Electronic Notice